IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00590-WDM-BNB

KELLEE CARMAN,

Plaintiff,

v.

AFFILIATED CREDIT SERVICES, a/k/a WAKEFIELD & ASSOCIATES,

Defendant.

___

**MINUTE ORDER**
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Notice of Motion and Plaintiff's Motion to Amend Complaint and to Transfer Venue** [docket no. 5, filed April 26, 2010] (the "Motion"). Pursuant to the most recent filing of the **Notice of Motion and Plaintiff's Motion to Amend Complaint and to Transfer Venue** [docket no. 14, filed June 4, 1020],

    IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED: June 7, 2010